| STERLIN J. STEVENS | * | NO. 2025-CA-0241 |
| --- | --- | --- |
| VERSUS | * | COURT OF APPEAL |
| BONITA STEVENS | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**CONSOLIDATED WITH:**

BONITA STEVENS

VERSUS

STERLIN J. STEVENS

**CONSOLIDATED WITH:**

NO. 2025-CA-0242

**CONSOLIDATED WITH:**

STERLIN J. STEVENS

VERSUS

BONITA STEVENS

**CONSOLIDATED WITH:**

NO. 2025-CA-0243

*JCL* **LOBRANO, J., CONCURS IN THE RESULT**